UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| EDWARD CLAYTON, | Case No.: 20-CV-2293 JLS (JLB) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | (ECF No. 13) |

Presently before the Court is the Parties' Joint Motion for Dismissal of Entire Action with Prejudice ("Joint Mot.," ECF No. 13). The Parties indicate that they have settled this matter. *Id.* at 1. Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES** this action in its entirety **WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 12, 2021

Hon. Janis L. Sammartino
United States District Judge